| | |
|---|---|
| 1 | JOSEPH SCHLESINGER, #87692 |
| | Acting Federal Defender |
| 2 | VICTOR M. CHAVEZ, #113752 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorney for Defendant |
| 6 | NICOLAS ZOQUITECATL |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:12-cr-00316 LJO-SKO-1 |
| | ) | |
| *Plaintiff,* | ) | STIPULATION TO CONTINUE CHANGE OF |
| | ) | PLEA HEARING; ORDER |
| v. | ) | |
| | ) | |
| NICOLAS ZOQUITECATL, | ) | DATE: February 19, 2013 |
| | ) | TIME: 8:30 a.m. |
| *Defendant.* | ) | JUDGE: Hon. Lawrence J. O'Neill |
| | ) | |
| | ) | |

The parties, through their respective counsel, Assistant United States Attorney, Laurel Montoya, and Assistant Federal Defender, Victor M. Chavez, hereby stipulate that the present court date of February 4, 2013 may be moved to February 19, 2013. The parties jointly seek this stipulation to permit the parties to finalize some details of their plea agreement. The government needs to confer with its case agent. Mr. Zoquitecatl is housed at Lerdo and the parties wish to avoid bringing him to court under these circumstances.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and

/ / /

/ / /

/ / /

3161(h)(7)(B)(i) and (iv) because the ends of justice served in granting such continuance outweigh the best interests of the public and the defendant in a speedy trial.

BENJAMIN B. WAGNER
United States Attorney

DATED: January 30, 2013   By: /s/ *Laurel J. Montoya*
LAUREL J. MONTOYA
Assistant United States Attorney
Attorney for Plaintiff

JOSEPH SCHLESINGER
Acting Federal Public Defender

DATED: January 30, 2013   By: /s/ *Victor M. Chavez*
VICTOR M. CHAVEZ
Assistant Federal Defender
Attorneys for Defendant
NICOLAS ZOQUITECATL

**O R D E R**

IT IS SO ORDERED.

**Dated:   January 30, 2013**    /s/  Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE

Zoquitecatl/Stipulation to Continue
COP Hearing; [Proposed] Order           -2-